# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RALPH EDGER MILES,

    Plaintiff,

vs.

STEVEN ROTH, et al.,

    Defendants.

3:05-cv-0707-LRH-RAM

ORDER

    Following upon the denial of relief by the Court of Appeals in this prisoner civil rights action,

    IT IS ORDERED that plaintiff shall have thirty (30) days from entry of this order within which to file an amended complaint curing, if possible, the deficiencies identified in this Court's prior screening order (#2). This action will be dismissed if plaintiff fails to timely file a curative amended complaint.

    IT FURTHER IS ORDERED that plaintiff further shall clearly title the amended complaint as an amended complaint by placing the word "AMENDED" immediately above "Civil Rights Complaint" on page 1 in the caption and shall place the docket number, 3:05-cv-00707-LRH-RAM, above the word "AMENDED" in the space for "Case No."

    DATED this 16th day of October, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE